

**NUMBER 13-16-00175-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOE HENDERSON,                                                                          Appellant,

V.

MARILYN KAY BLALOCK,                                                               Appellee.

---

### On appeal from the 149th District Court of Brazoria County, Texas.

---

# ORDER

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion for the trial court clerk to provide him a copy of the clerk's record and motion for extension of time to file the brief. Appellant is proceeding pro se. The clerk's record reflects the appellant has filed an affidavit of indigence and no contest has been filed.

Texas Rule of Civil Procedure 145 governs a party's claim that the party is unable to afford costs for preparation of the appellate record. *See* TEX. R. CIV. P. 145. A party who files a statement of inability to afford payments of court costs cannot be required to pay costs except by order of the court. *See* TEX. R. CIV. P. 145(a). Costs are defined as including "fees charged by the clerk or court reporter for preparation of the appellate record." *See* TEX. R. CIV. P. 145(c).

Appellant is currently unable to prepare his brief because he has not been provided a copy of the clerk's record. Accordingly, it is hereby ORDERED that the trial court provide appellant with a paper copy of the clerk's record at no cost on or before November 30, 2016. It is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.

The Court GRANTS appellant's motion for extension of time to file the brief. Appellant is ORDERED to file his brief with this Court within thirty (30) days from the day the appellate record was first made available to him.

PER CURIAM

Delivered and filed the
16th day of November, 2016.

2